**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00756-CV**

———————————

## IN THE INTEREST OF A.J., JR., A CHILD

———

**On Appeal from the 231st District Court**
**Tarrant County, Texas**
**Trial Court Case No. 231-716537-22**

———

## MEMORANDUM OPINION

Appellant A.L.J. has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.